PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
MICHAEL D. WEIL (STATE BAR NO. 209056)
mweil@orrick.com
LENA P. RYAN (STATE BAR NO. 258782)
lenaryan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Defendants,
BANK OF AMERICA, NATIONAL
ASSOCIATION, BANK OF AMERICA
CORPORATION, and STEVE OWEN

JOHN B. MCMORROW (STATE BAR NO. 71911)
LAW OFFICES OF JOHN B. MCMORROW
39650 Liberty Street, Suite 250
Fremont, CA 94538
Telephone No.: (510) 651-9961
Fax No.: (510) 657-3467
jbmcmorrow@sbcglobal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDIA KENNEDY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; STEVE OWEN, Manager, BANK OF AMERICA, Hayward, California; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.  CV 10-00868 CW<br><br>**STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER**<br><br>CMC date: June 8, 2010<br>Time:　　　2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:　　　Hon. Claudia Wilken |

## STIPULATION

1. Defendants, Bank of America, National Association, Bank of America Corporation, and Steve Owen (collectively, "Defendants") and Plaintiff Claudia Kennedy, by and through their undersigned counsel, hereby stipulate and agree to continue the Case Management Conference until August 3, 2010 or as soon as practicable thereafter as the availability of the Court's calendar permits.

2. The reason for this stipulation and request is that a Motion to Dismiss filed by Defendants on May 17, 2010 is currently pending before the Court. The hearing on the motion is set for July 1, 2010. Therefore, in the interest of conserving the Court's time and resources, the parties believe that it is prudent to continue the Case Management Conference and associated deadlines until after the hearing on the Motion to Dismiss.

3. No other time modifications by stipulation have been requested in this matter. No time modifications have been ordered by the Court.

4. The effect of this requested time modification would be to move the deadlines for the exchange of initial disclosures under Federal Rule of Civil Procedure 26(a)(1), the conference of the parties under Federal Rule of Civil Procedure 26(f) and the submission of the Federal Rule of Civil Procedure 26(f) Joint Statement. The time modification would also postpone the date on which the parties may commence discovery under Federal Rule of Civil Procedure 26(d)(1).

5. Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon. A form of proposed Order is filed herewith.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: May 27, 2010                    ORRICK, HERRINGTON & SUTCLIFFE

By: _____*/s/ Michael D. Weil*_____
MICHAEL D. WEIL
Attorneys for Defendants Bank of America, National Association, Bank of America Corporation, and Steve Owen

DATED: May 27, 2010                    LAW OFFICES OF JOHN B. MCMORROW

By: _____/s/_____
John B. McMorrow
Attorneys for Plaintiff Claudia Kennedy

I hereby attest that the concurrence in the filing of this document has been obtained from John B. McMorrow, Attorney for Plaintiff, Claudia Kennedy.

_____*/s/ Michael D. Weil*_____
Michael D. Weil
Attorneys for Defendants BANK OF AMERICA, NATIONAL ASSOCIATION, BANK OF AMERICA CORPORATION, and STEVE OWEN

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the scheduled Case Management Conference date of June 8, 2010 is vacated, and shall be rescheduled for **July 1**, 2010 at **2 p.m.**

DATED: May **28**, 2010

*/s/ Claudia Wilken*
Judge Claudia Wilken
UNITED STATES DISTRICT JUDGE