JOHN B. McMORROW, ESQ.   SBN 71911
LAW OFFICES OF JOHN B. McMORROW
A Professional Corporation
39650 Liberty Street, Suite 250
Fremont, CA 94538-2226
Telephone: (510) 651-9961
Facsimile:  (510) 657-3467
Email: jbmcmorrow@sbcglobal.net

Attorney for Plaintiff,
CLAUDIA KENNEDY

IN THE UNITED STATES DISCTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDIA KENNEDY, <br><br> Plaintiff, <br><br> v <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; STEVE OWEN, Manager, BANK OF AMERICA, Hayward, California; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. CV10-00868 <br><br> STIPULATION REQUESTING A CHANGE OF A HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS TO JULY 8, 2010 OR LATER AT THE COURT'S CONVENIENCE |

**STIPULATION**

1.  Defendants, Bank of America, National Association, Bank of America Corporation, and Steve Owen (collectively, "Defendants") and Plaintiff Claudia Kennedy, by and through their undersigned counsel, hereby stipulate and agree to continue the hearing on Defendants' Motion to Dismiss to July 8, 2010, or later at the Court's convenience.

Law Offices of
N B. McMORROW, A.P.C.
0 Liberty Street, Suite 250
emont, CA 94538-2226
(510) 651-9961

2.  Plaintiff requested this Stipulation from Defendants' because during the week of May 17 to 21, 2010, Plaintiff's counsel computer system suffered a catastrophic failure and as result, Plaintiff's counsel office did not have computer access and did not actually receive the Notice moving the hearing from July 7, 2010 to July 1, 2010. During the course of a routine communication with the clerk of the Court on June 10, 2010, we learned of this change.

3   Both parties request that the Scheduling Conference also scheduled for July 1, 2010, be moved to the same date as the Motion or at the Court's convenience.

4.  Both parties agree to the stipulation as indicated by their signatures below  The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon. A form of proposed Order is filed herewith.

Dated: June 10, 2010

Respectfully Submitted,
ORRICK, HERRINGTON & SUTCLIFFEE

By: ____/s/_____
Michael D. Weil
Attorneys for Defendants, Bank of America, National Association, Bank of America Corporation, and Steve Owen

I hereby attest that the concurrence in the filing of this document has been obtained from Michael D. Weil, Attorneys for Defendants, Bank of America, National Association, Bank of America Corporation, and Steve Owen

Dated: June 10, 2010

LAW OFFICES OF JOHN B. McMORROW

By: _____
John B. Mcmorrow
Attorney for Plaintiff, Claudia Kennedy

STIPULATION REQUESTING A CHANGE OF A HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS TO JULY 8, 2010 OR LATER AT THE COURT'S CONVENIENCE

2

Law Offices of
JN B. McMORROW, A.P.C.
50 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

## ORDER

The Court having considered the above Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the scheduled Defendants' Motion to Dismiss date of July 1, 2010 is vacated, and shall be rescheduled for \_\_\_\_July 15\_\_\_\_, 2010 at \_\_\_2:00 p.m.\_\_\_

IT IS HEREBY ORDERED that the Scheduling Conference of July 1, 2010 is vacated, and shall be rescheduled for _____July 15\_\_\_\_\_, 2010 at \_\_\_2:00 p.m.\_\_

Dated June   15  , 2010

_____
Judge Claudia Wilken
UNITED STATES DISTRICT JUDGE

STIPULATION REQUESTING A CHANGE OF A HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS TO JULY 8, 2010 OR LATER AT THE COURT'S CONVENIENCE

3

Law Offices of
IN B. McMORROW, A.P.C.
50 Liberty Street, Suite 250
Fremont, CA 94538-2226
(510) 651-9961

CASE SHORT NAME: KENNEDY V. BANK OF AMERICA, ET AL.   CASE NO.: C10-00868 JL ADR

On June 11, 2010, I served a copy of the within: Stipulation Requesting a Change of a Hearing Date for Defendants' Motion to Dismiss to July 8, 2010 or Later at the Court's Convenience