IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA KENNEDY,

    Plaintiff,

  v.

BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; STEVE OWEN; and DOES 1 through 25, inclusive,

    Defendants.
_____/

No. C 10-0868 CW

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

    Plaintiff Claudia Kennedy charges Defendants with discrimination in violation of 42 U.S.C. § 1981. Plaintiff alleges that Defendants discriminated against her based on her "medical condition" and age. A § 1981 claim prohibits discrimination on the basis of race and national origin only. Saint Francis College v. Al-Kharzraji, 481 U.S. 604, 613 (1987). The statute "does not protect against discrimination on the basis of gender, religion, disability [or] age . . . ." Sagan v. Tenorio, 384 F.3d 731, 738 (9th Cir. 2004) (internal citations omitted). Defendants have filed a motion to dismiss the claims asserted against them and Plaintiff concedes that she does not have a valid § 1981 claim. Accordingly, the Court grants Defendants' motion and grants

Plaintiff leave to amend her complaint to allege a cognizable cause of action on some basis other than § 1981.

Plaintiff must file an amended complaint within seven days from the date of this order. If Defendants move to dismiss, they must do so within fourteen days of the filing of the amended complaint. Plaintiff shall file an opposition fourteen days thereafter and Defendants shall file a reply seven days later. The matter will be taken under submission and decided on the papers. The motion hearing and case management conference scheduled for July 15, 2010 is vacated and rescheduled to Tuesday, September 7, 2010 at 2:00 p.m. If Plaintiff fails to file an opposition, the Court will dismiss her complaint for failure to prosecute.

IT IS SO ORDERED.

Dated: 07/12/10

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge