IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA KENNEDY,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br><br>      Defendants.<br>_____/ | No. 10-00868 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL |

    Pursuant to Civil Local Rule 79-5(c), Defendants Bank of America National Association and Steve Owen move for leave to file under seal Exhibits 3 and 4 of the declaration of Frances M. Crump which are filed in support of their motion for summary judgment. Plaintiff Claudia Kennedy does not oppose this motion.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a).

In the declaration supporting the motion to seal, Defendants provide compelling reasons to file Exhibits 3 and 4 under seal. These exhibits contain sensitive personnel information about Bank of America employees. Defendants' duty to protect the privacy rights of its employees outweighs the public interest in access to these documents.

Accordingly, the Court grants Defendants' motion to seal. (Docket No. 33). The Clerk shall file under seal Exhibits 3 and 4 of the declaration of Frances M. Crump, which are filed in support of Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: 3/25/2011

CLAUDIA WILKEN
United States District Judge